**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF** _DELAWARE_

GBEKE MICHAEL AWALA, et al, )
And the peolple of _American Felon Bank_ )
_Floyd Mills_ )
      **Plaintiffs,** )
       )
       )     Civ .NO. _____    05 - 367
       )
**VS.** )
_Federal Reserve Bank_ )
_Bank of America. Corp._ )    CONSPIRACY-PERJURY.
_U.S. Office of Controller of the Currency;_ )    UNFAIR COMPETION.
      _et al._ )
      **Defendants,**

# MOTION FOR CIVIL ACTION

    **NOW COMES,** the Plaintiff s, Gbeke Michael Awala, and _Floyd Mills_____, **through Pro Se, respectfully moves this Honorable Court for an Order, Pursuant to the Federal Rules of Civil Procedures Rule** _3_ **. In support the Plaintiffs states as follows:**

(1).   JURISDICTION AND VENUE

(2).   HISTORICAL PROVISIONS of BANKING.

(3).   STATEMENT OF THE ISSUE

(4).   REKLESS DISREGARD-FELONS.

(5).   STATEMENT OF CLAIM

(6).   TRADEMARK- UNFAIR COMPETION.

_Floyd Mills_    2. see page 13

1. Proposed "Bank generalized for Substentive Rights protectiondue process For Felons."

A Patent is Combination of Fact and Law.
Both and: Trademark.

The defendant's Conspired knowing and deliberately Conceals, Obliterate, material fact, Historical fact, in their patent or Trade Mark in violation 18 U.S.C. § 2071 etseg.

(1)     Act of Congress:

The Board of Patent Appeals and Interference of the United States Patent and Trademark Office with respect to patents and Trademark. applications For registrations of Marks and other Proceedings as provided in Section 21 of the Trademark Act of 1946 (15 U.S.C. 1071): Merits the Plaintiffs Claim To the BIBLE, and defendant's Lack of Historical factual Basis.

(2)     Proof of Services:

The Plaintiff Shall Serve upon the Defendant's once the U.S. Marshall Forms are received and the Application For Forma Pauperis is well submitted and approved.

Respectfully Submitted

Dated: 5/28/05.

Gbeke M. Awola

(1)ᵃ

right or privilledges Of a Citizen of the United
States, by any act done in Furtherance Of any
Conspiracy mentioned in Section 1983 of the Title. 42.

The District Court in the Vicinity
of Wilmington Delaware has a federal
Jurisdiction to Legally hear and decide this
matter. Venue is proper in State of
Delaware, based upon the Plaintiffs Bill of
Agreement to engage in Business, thereafter,
shall register -- American Felon Bank --,
With the Secretary of Banking Commission,
and Internal Revenue Services in the
District of Delaware, which Such Business,
is to be Carried on, Provides Post Conviction
access to Funds, pursuant to the "109th Session,"
Congress -- Consolidated Appropriations Act with
Interaction with the Justice System Act, Including
any Trademark, in the Form and Manner as the
Secretary of Banking Commission may direct and
delegate. Venue is proper in this Court.
The Bank shall be enlisted under the Exchange with
Ordinary share Capital For Felons.

(3.)

(A.) JURISDICTION.

The District Court shall have Original Jurisdiction of all Civil actions arising under the Constitution, Laws, or treaties of the United States. Title 28 U.S.C. section 1331, and; Federal question and: Federal Conspiracy's, Perjury, and :

Title 28 U.S.C. section 1337, Commerce and antitrust regulations: amount in Controversy; Costs. or proceeding arising under any Act of Congress regulating Commerce arising or protecting trade and Commerce against restraints and Monopoly

Title 42 U.S.C. section 1983, and :

Title 28 U.S.C.A. Section 1343. Civil Rights and elective franchise (a) The District Courts shall have Original Jurisdiction of any Civil action authorized by Law to be Commenced by any person:

(1) To recover damages for Injury to his Person, because of the deprivation of any

(2)

(B)

# HISTORICAL PROVISIONS FOR BANKING:

On first engaging in Banking Business. A prior Section of the Act of Congress under Title 28 U.S.C. section 1338. Patents, Copyrights, Trademarks, and Unfair Competition.

And so it was So Jesus was near in Jerusalem and as he preached and the people thought the Kingdom of God would appear Immediately. Therefore he Said: See: The BiBle LUke chapter 19: vs 23" " Why then did you not Put my money in the Bank, that at my Coming I might have Collected it with Interest. See also: Mattew chap. 25:27" So you ought to have deposited my money with the Bankers, and at my Coming I would have received back my own with Interest. "

Why do the defendants trouble Indigent

Dated: 5/29/05

(4).

Ex-offender and Flask of very Costly fragnant of
Loans and most inexpediently would not permitt
Ex-Convict or Felons to open Account with
the defendants.   PreJudicial treatments.

(C). Statement of the Issue.

(1) More than a decade even before the
BIRTH of " George Washington -- Who said, "
IT is impossible to rightly govern the World without
God and the Bible." Secondly -- Abraham lincoln,
delivered on opinion that "The Bible is the Best
gift God has ever given to men. All the good
from the Savour of the World is Communicated to
us though the Bible of 66 Books. in the Year 1776.

(2)  Plaintiff asserts that the defendants
have dissented in Judgment and would not
give Credit by applying the TRADEMARK --
BANK OR BANKING OR Exchangers, on the
ground that The BIBLE was First that
Published The word historically Fundermentally Public
access. Including Substanchal prove of a single....and
                                                    defendants had
(5)

Offer no Textual or historical and Factual Support For their alleged due process rights, engaging in Banking Business, thus restraints and monopolies and exclusively retains Rights on the administration of the Business. Nationwide.

(3). Plaintiff asserts a fact-finding process guiding the resolution of the "TRADEMARK QUESTION". The Very Integrity of Justice of a retroactive application of the Biblical quotation, to the extent of the reliance described, the Principles that established the Banking and Interest Business. That The Bible has got the Substantial Retroactive effect. In that Sense with Subjective assessments, it must not be Viewed with Skepticism.

(4). IN The United States District Court, and Pursuant to F.d.R. of Evidence and in the Law of Evidence under any Cause of Action.

(6).

[W]e have held on a number of Occasions that a defendant's right to <u>Testify</u>, the Bible is of real Obvious relevance" to the appropriate Testimony, because it reflects on the affiant: on her willingness to speak the Truth. The President's Oath or Affirmation. For Office. by Justice Renhquist was with <u>Bible.</u>

(5). [The Act] provides that anyone Convicted of Certain enumerated felonies, unfortunately Cannot apply for <u>Banking License.</u> and the defendants objects to a felony making fault of Criminal liability, no Federal Constitutional Objection would have been possible if the defendants applied or modify and disclosed Comment with regards to the <u>BIBLE</u>, on the ground that, the Bible Offer Textual or historical and factual Support for their alleged due process rights. Exclusively Retroactive Uniquely To all published Books.

(6). The Plaintiff was employed On/or around 1995, as a Benefit Disbursment clerk, and was assigned to the Account of Ex- Peat Marwich Auditing firm. Subsequently the Plaintiff was Convicted at the SDNY. For

(7).

Conspiracy to Committ Bank and Credit
Card fraud Title 18 U.S.C. Section 371 etseg.
(7). [The Act] provides that any one Convicted of
Certain felonies is subject to Constitutional Bar
from Obtaining a _Banking Licence_. For these
reasons, The Plaintiff's finding of fact establishes,
that the defendant's gave " False Testimony
Concerning a "Material Matter to establish The
_Origin of Banking_, with the willful Intent to
provide false testimony, rather than a result of
Confusion, mistake, or faulty memory. Thus, guilty
of perjury. Guilty of Denial of Substantive DueProces.

(D). REKLESS DISREGARD OF FELONS:

(1) The Action of the Defendants are
Product of Grossly Negligent executive Conduct,
and "deliberate Indifference," which Suffice For
Constitutional Liability under the _Eight Amendment._
deliberate Indifference to Ex-Conuct or felons or
rekless Disregard of felons, would be to forget that

(8).

Liability for deliberate indifference to Welfare of felons, rests upon the luxury enjoyed by The Bankers, reckless disregard for favors Towards Prisoners. A reason why the Government through 109th Congress: Or one of the reasons:

- Prison Rape Elimation Act, was Introduced by Senators Edward Kennedy (D-MA), and Jeff Sessions (R-AL) and Congressmen Frank Wolf (R-VA), and Robert Scott (D-VA). the PREA, was Signed by the President Bush September 4. 2003, to address the problems of Sexual assault in Custody

- Funding Measure, which is the Consolidated Appropriations Act, Monotong Children of Prisoners Program, and For Education For Incarcerated Youth.

- Innocence Protection Act. A DNA programms Set to exonerate Convicted Prisoners whom may be Innocent.

- Mentally Ill Act. Competent grants towards Community programs.

Accordingly, No chance for Offenders to participate in the Banking Business.

(9)

(E)  Statement of Claim:

The Defendants shall answer the Plaintiffs and:

See: Corporation's right to a Jury trial Under the Sixth Amendment. Alan L. Adlestein, 17 U.C. Davis L. Rev. 375 (1994).

The Corporate Culpability, alleged against the Defendants, for Offering no Textual or Patent, historical Support for their alleged due process Trademark rights, Imposing exclusionary Rule upon the felons, the reliance of the State Banking Commission, when the very Integrity of the fact-finding process, reflects as given Credit to the retroactive adminis- tration of Banking, recognizing the BIBLE.

Relying upon The prime purpose of this Civil Action is to established and effect a Banking Administration Later described as "American Bank For Felons" OR "American Felon Bank": DE.

(10)

To operate under the U. S. Constitutional Amendments I. ; or the right of the people peaceably to assemble, and the Amendment XIV

No State shall make or enforce any law which shall abridge the privileges or Immunities of Citizens of the United States ; nor shall any State Deprive any person of Life, liberty, or property; without due process of Law; nor deny to any Person within its Jurisdiction the equal protection of the Laws. To Operate through Social Security and;

## Article 1

Section 7. All Bills for raising Revenue shall Originate in the House of Representatives; but the Senate may propose or Concur with Amendments as on other Bills. The Senate Shall Concur with....

In this Case at Bar. The non-for Profit Bank -- American Felon Bank, shall, Provide For good work, For the poor, Assuredly For the American Hungry Children whose parents are detained,

(11).

or Incarcerated Nationwide, to feed the needy, direct funding. Supports the federal Addict Rehabilitation Act. Commence through, System to Stop the revolving door to the prison System, that so often ensnares those trapped by Financial problems. To offer Low Interest Rates Credit Cards, Life Insurance For Ex offenders, Mortgage Loans, Education Funds. Bail Funding and More.

## (2) DAMAGES CLAIM

The plaintiff's is not mandated to establish actual Injury, <u>See:</u> Supreme Court's decision in <u>Carey v. Piphus</u>, 435 U.S. 247, 266, 98 S.Ct. 1042, 55 L.Ed.2d 252 (1978). "which stated that a Violation of <u>Procedural due process</u> was actionable without a need to prove actual injury, or actual damages."

<u>See also:</u> Sutton v. Cleveland Board of Education, 958 F.2d 1339, 1352 (6th Cir. 1992) ("The denial of procedural due process is actionable For nominal damages without proof of actual Injury). Probable Cause exists if there is a "Fair probability" that the person Committed the Crime at issue. See:

(12)

Sherwood, 113 F 3d  at 401.  "Unfair Competition" etc.

(3) MONEY DAMAGES:  $23 BILLION

Including Compensatory or Both punitive,
excluding Attorney's Fees: and Interest!

The Following Banks: Pursuant to F.R.Cif. 8 etc.

* Federal Reserve Bank = 25%[2] Affirmative Action
update Patent Bible
* Bank of America Corp = 5%
* U.S. Office of Controller of the Currency 10%
* Bank one U.S.A = 5%
* MBNA American Bank = 5%
* Citicorp N.A. = 5%

All Licensed Banks in the United
States, and Trade Banks engaging in
the Banking Business, shall award a
payment of 5% each To TOTAL: $23 Billion.
Directly To: Owner/Chairman. Mr. Gbeke M. Awala
For Benefit to: "American Felon Bank - NFP. DE.

Wherefore, Petitioner Moves the Court to Issue
Summary Judgment and recover Damages inbehalf
of Plaintiff, Pursuant to Title 28 U.S.C § 1343.
Submitted under penalty of perjury to be true. Amen.
Respectfully Submitted

Dated: 5/28/05          (13)

Gbeke M. Awala

**AFFIDAVIT IN SUPPORT**

**STATEMENT OF THE ISSUES  REMARKS      CONSTITUTIONAL.**

**TOPIC:**

The Banking Industry Knowingly and Truthfully Conspired Conceals, Obliterate, destroy the Truth about the Historical Retroactive fact depriving the Bible the prima facie Fact that

**NAME OF PARTICIPANTS:**

1. Gbeke M. Awela — Started the Banking and Interest Business. Their
2. Herman S. Nock — Patents fails the requisite
3. Larry Wilson — Truth about factual origin of
4. Patrick Golberg — Idea or Factors Including:
5. George William —
6. Johnnie L. Roberts — They Perjured and
7. Wallace Jackson — Excluded felon from several
8. Samuel Ideack — of Banking Activities when
9. Ronald Simms — in actual fact the real
10. James Mcpheron — Business Should be an a
11. Ernest Johnson — Public Access Thing.
12. Danny Knight — "American felon Bank shall Serve US"

WE THE PEOPLE OF THE AMERICAN STATES AND UNANIMOUSLY IN SPIRIT OF LAW AND TRUTH SWORN AND DEPOSE OUR OPINION ABOUT THE ISSUES PRESENTED ABOVE AND OFFER FOR AMENDEMENT OR RECUSE OR CHANGE IN COMPLIANCE WITH THE INTENT OF THE CONSTITUTION OF THE UNITED STATES AND THE INTEREST OF THE PEOPLE.  WE ARE NOT EXERCISING OUR FIST AMENDMENT RIGHT AS A RESULT OF MONETARY PROMISE BUT BASED ON CONCERN IN GOOD FAITH.

SIGNATURES: 1. ___ 2. ___ 3. ___ 4. ___ 5. ___ 6. ___
7. ___ 8. ___ 9. ___ 10. ___ 11. ___ 12. ___

DATED: 5/28/03

JEFFREY MILLS
Notary Public of New Jersey
My Commission Expires Nov. 07, 2007
5-2-05

JEFFREY MILLS
Notary Public of New Jersey
My Commission Expires May 31, 2007



Gbeke M. Awala Pro Se
SCCF
1255 Cemetery Road
Woodstown, NJ 08098

Hon. Peter T. Dalleo
Clerk
United States District Court
District of Delaware
Lock Box 18
844 KING STREET
Wilmington, DELAWARE 19801

US POSTAGE
$0.83
SALEM NJ

X-RAY
INSPECTED

MAIL COMES FROM
SALEM COUNTY
CORRECTIONAL FACILITY