IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| GBEKE AWALA AND FLOYD MILLS | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 05-367 KAJ |
| FEDERAL RESERVE BANK, BANK OF AMERICA CORP., AND US OFFICE OF CONTROLLER OF THE CURRENCY | ) | |
| Defendants. | ) | |

**ORDER**

1.  The plaintiffs, Gbeke Awala, Fed. Reg. #82074-054, and Floyd Mills, pro se litigants, have filed this action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee or a request to proceed in forma pauperis.

2.  Pursuant to 28 U.S.C. § 1915(b), plaintiffs shall be assessed the filing fee of $250.00.

3.  Pursuant to the requirements of 28 U.S.C. § 1915(a)(1) and (2), and in order to determine the schedule of payment of the filing fee, plaintiff Awala shall submit a request to proceed in forma pauperis and a certified copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official at each institution at which the plaintiff is confined. **FAILURE OF THE PLAINTIFF TO RETURN THE REQUESTED INFORMATION WITHIN 30 DAYS FROM**

THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS
ACTION WITHOUT PREJUDICE.

4.  Plaintiff Floyd Mills has no address listed,
however, he must also submit a request to proceed in forma
pauperis and, if incarcerated, a certified copy of his prison
trust fund account statement (or institutional equivalent) for
the six-month period immediately preceding the filing of the
complaint, obtained from the appropriate official at each
institution at which the plaintiff is confined. FAILURE OF THE
PLAINTIFF TO RETURN THE REQUESTED INFORMATION WITHIN 30 DAYS FROM
THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS
ACTION WITHOUT PREJUDICE.

5.  Unless the Court determines from the plaintiffs'
financial information that they have no assets whatsoever, an
initial partial filing fee of 20 percent (20%) of the greater of
the plaintiffs' average monthly deposit or average monthly
balance in the trust fund account shall be required to paid
before the court reviews the complaint. NOTWITHSTANDING ANY
PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE
COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS
TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS
MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH
RELIEF.

6.    Pursuant to 28 U.S.C. § 1915(g), if the plaintiffs have had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, then the Court shall deny leave to proceed in forma pauperis in all future suits filed without prepayment of the filing fee, unless the Court determines that the plaintiffs are under imminent danger of serious physical injury.

DATED:  12/1/05

_____
United States District Judge