IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Gbeke M. Awala et al
Plaintiff,

vs.

CIVIL NO. 05-367 KAJ

Federal Reserve Bank et al.
Defendant

FILED
JAN 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Supplemental Motion.

Now Comes, the Plaintiff moves the honorably Court to establish a Section 1983 claim against the defendants officially violating an Individual Right to equal protection by treating the Plaintiff as well as similarly situated persons devoid with a felony conviction, than other Individuals without a rational basis or because of the felony disenfranchisement, the Banks discretion to deny felons right to Practice banking is been appliable to felony disenfranchisement law.

## Questions Presented

(a). A procedural due process claim pertains not to the deprivation itself but only to the adequacy of the procedures employed and to the event that Plaintiff claims a Property Interest In Obtaining a Banking license or Job, Plaintiff alleged the process of deprivation is defective.

The Provision is permanently a felony disenfranchisement. Prensence evidence of felony void accompanying, which satisfy Constitutional requirements for standing and concrete Injury to legally protected Interest.

When provisions are enacted by state for purpose of disqualifying otherwise nothing but strims of felons, does bear evidentiary burdens provision for Independant, non discriminatory reason sufficient to purge its unconstitutional taint under Title 12 of the Act of Congress

(b). **DAMAGES.**
Congress cannot erase Article III's damages or standing requirements, Congress decision to grant particular Plaintiff right to challenge act's unconstitutionality eliminates any prudential standing limitations. Thus, Create Cause of Action for damages resulting from the defendants decades of Illegal Act. Retrospective Rilief may be Sought, the defendant's are liable Interpreted as mandatry Compensation by the Federal Government Sustained by the breach of fiduciary duty: Under Color or gross negligence.

(c). **Relief Sought**
To start or enact a Program with the Department of Justice system to employ in any Capacity felony devoid Persons needing to pay fines and Restitution and other palpable cost.

Respectfully Submitted

Dated: 1/8/05

2-2