IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE AWALA and FLOYD MILLS, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil No. 05-367-KAJ ) |
| FEDERAL RESERVE BANK, et al., | ) ) |
| Defendant(s). | ) |

**ORDER**

At Wilmington this 13th day of January, 2006;

IT IS ORDERED THAT:

1. The complaint in this matter filed by Gbeke Awala ("Awala") and Floyd Mills' ("Mills") is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's December 1, 2005 order. (D.I. 2). The order notified Awala and Mills they were each required to file: 1) a request to proceed *in forma pauperis,* and 2) a certified copy of their respective trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. The order further notified Awala and Mills that the documents were to be filed within thirty (30) days from the date the order was sent or the case would be dismissed. (D.I. 2). To date, the required documents have not been received from Awala or Mills.

2. Awala's supplemental motion (D.I. 3), construed as a motion to amend, is **DENIED**.

UNITED STATES DISTRICT JUDGE